IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 10-55615 |
| | ) | CHAPTER 7 |
| MARY A. JONES | ) | |
| | ) | JUDGE SHEA-STONUM |
| | ) | |
| | ) | **MOTION TO COMPEL** |
| | ) | **ATTENDANCE AT EXAMINATION** |
| | ) | **UNDER RULE 2004(d)** |
| DEBTOR | ) | |

Now comes the Trustee, Kathryn A. Belfance, pursuant to Rule 2004(d) of the Federal Rules of Bankruptcy Procedure moves the Court for an Order compelling the Debtor, Mary A. Jones, of 2380 Benton Avenue, Akron, OH 44312 to appear at **One Cascade Plaza, Suite 1500, Akron, Ohio 44308** on the **7th day of July 2011,** at **2:20 p.m.**, to be examined under oath for the purposes set forth below. In support of this Motion, the Trustee states as follows:

1. Under Bankruptcy Rule 2004, upon motion of any party in interest, the Court may order any person to appear and be examined and to produce documents on any matter relating to the acts, conduct, liabilities, and financial condition of the Debtor, as well as any other matter that may affect the administration of the Debtor's estate.

2. The Debtor has not turned over her 2010 tax returns pursuant to the Consent Entry for Turnover entered by the court on February 4, 2011 and the Trustee needs to determine the basis for the lack of compliance.

3. Further the Trustee requires the Debtor provide a copy of her 2010 income tax returns at or prior to the scheduled hearing.

**WHEREFORE**, the Trustee prays the Court for an Order compelling Mary A. Jones of 2380 Benton Avenue, Akron, OH 44312 to 1) appear for examination at the time and place stated above, 2) bring all documents requested above and 3) for such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
*Chapter 7 Trustee*
One Cascade Plaza, Suite 1500
Akron, Ohio 44308
(330) 434-3000
(330) 434-9220 fax
kb@rlbllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2011, a true copy of the foregoing Motion to Compel Attendance at Examination Under Rule 2004(d) was served as follows:

**Served electronically:**

Office of the U.S. Trustee
Warner Mendenhall, Attorney for Debtor

**Served via regular U.S. mail:**

Mary A. Jones, Debtor, 2380 Benton Avenue, Akron, OH 44312


/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
*Chapter 7 Trustee*
One Cascade Plaza, 15th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com